**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UTE INDIAN TRIBE OF THE UINTAH ) <br> AND OURAY INDIAN RESERVATION, ) <br> 898 S. 7500 E. ) <br> Fort Duchesne, Utah 84026 ) <br> ) <br>        Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR, ) <br> 1849 C Street, NW ) <br> Washington, DC 20240 ) <br> ) <br> RYAN ZINKE, ) <br> Secretary of the Interior ) <br> United States Department of the Interior ) <br> 1849 C Street, NW ) <br> Washington, DC 20240 ) <br> ) <br> BUREAU OF RECLAMATION, ) <br> 1849 C Street, NW ) <br> Washington, DC 20240 ) <br> ) <br> BUREAU OF INDIAN AFFAIRS, ) <br> 1849 C Street, NW ) <br> Washington, DC 20240 ) <br> ) <br>        Defendants. ) | <br><br><br><br><br><br><br>Civil Action No. _____ |

## **COMPLAINT**

Plaintiff, UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION, for its Complaint against the above-named Defendants, alleges as follows: